UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61016-CIV-COHN/SELTZER

CHRISTOPHER BERNARD FULLER, SR.,

　　　　Plaintiff,

v.

BROWARD COUNTY MASS TRANSIT
(OFFICE OF TRANSPORTATION) and
AMALGAMATED TRANSIT UNION
LOCAL 1267,

　　　　Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on an Order Granting Broward County Mass

Transit's ("BCMT") Motion for Summary Judgment [DE 59]. In addition, on February 23,

2009, the Court granted the Amalgamated Transit Union Local 1267's ("Union") Motion

to Dismiss the Amended Complaint and dismissed all claims against the Union with

prejudice. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.　　Judgment is entered in favor of Defendant BCMT and against Plaintiff

Christopher Bernard Fuller, Sr. as to all counts of Plaintiff's Complaint,

and Plaintiff shall take nothing from BCMT by this action.

2.　　Judgment is entered in favor of the Defendant Union and against Plaintiff

Christopher Bernard Fuller, Sr. as to all counts of Plaintiff's Complaint,

and Plaintiff shall take nothing from the Union by this action.

3.　　All pending motions are **DENIED AS MOOT**. The Clerk of Court is

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this _31st_ day of July, 2009.

_[signature]_

**JAMES I. COHN**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of record via CM/ECF

Christopher Bernard Fuller, Sr.
3695 NW 113th Avenue
Coral Springs, FL 33065

2